AO 106 (Rev. 04/10) Application for a Search Warrant

E-FILED

Monday, 16 December, 2019 09:49:14 AM

Clerk, U.S. District Court, ILCD



FILED

DEC 16, 2019

CLERK OF THE COURT
CENTRAL DISTRICT COURT
URBANA, ILLINOIS ILLINOIS

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

information associated with cellular telephone no.: (224) 241-9816 with IMEI No: 35268710111, that is stored at the premises controlled by AT&T Wireless, see Att. A

)
)
)
)
)
)

Case No. 19-MJ-7246

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A

located in the _____ Southern _____ District of _____ Florida _____ , there is now concealed *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2251(a) and (e) | Sexual Exploitation of a Minor |
| 18 U.S.C. §2252 and 2252A | Trafficking Child Pornography |
| 18 U.S.C. §2422(b) | Enticement of a Minor |

The application is based on these facts:

See attached affidavit of Detective Kaitlin Fisher, Champaign Police Department.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Elly Peirson

_____
*Applicant's signature*

Elly M. Peirson, Assistant United States Attorney
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric Long

Date: _____ 12/16/2019 _____

_____
*Judge's signature*

City and state: _____ Urbana, Illinois _____

ERIC I. LONG, Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER **(224) 241-9816**, WITH INTERNATIONAL MOBILE EQUIPMENT IDENTITY OR IMEI **352687101117008**, THAT IS STORED AT PREMISES CONTROLLED BY **AT&T WIRELESS** | Case No. _19- mj - 7246_<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Kaitlin Fisher, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain cellular telephone assigned call number **(224) 241-9816** with International Mobile Equipment Identity (IMEI) Number: **352687101117008** ("the SUBJECT PHONE"), that is stored at premises controlled by **AT&T WIRELESS**, a wireless telephone service provider headquartered at National Compliance Center, AT&T Corporation, 11760 U.S. Highway 1, North Palm Beach, FL 33408. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require **AT&T WIRELESS** to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the

information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2. I am a detective with the Champaign Police Department, located in Champaign, Illinois, and have been employed there from September, 2013 to present. I have over six years in law enforcement with the Champaign Police Department and am currently assigned to the investigations unit. I have conducted investigations, state and federal, involving computer crimes, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of the following federal statutes: Title 18 United States Code, Sections 2251(a) and (e) (Sexual Exploitation of a Minor), Title 18 United States Code, Section 2252 (Trafficking Child Pornography), Title 18 United States Code, Section 2252A (Trafficking Child Pornography), and Title 18 United States Code, Section 2422(b) (Enticement of a Minor), have been committed, are being committed, and will be committed by Daniel A. Betty. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes as further described in Attachment B.

### Statutory Authority

4.  This investigation concerns alleged violations of 18 U.S.C. § 2251(a), 2252, 2252A, 2422(b), relating to material involving the sexual exploitation of minors and enticement of minors to engage in criminal sexual conduct.

    a.    **Sexual Exploitation of a Minor (18 U.S.C. § 2251(a))** prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, any sexually explicit conduct outside the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct if such person intends the visual depiction to be transported to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail, or the person transports such visual depiction to the United States its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail.

    b.    **Child Pornography Trafficking (18 U.S.C. § 2252):** prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.  It is also a crime to attempt to commit this offense.

    c.    **Child Pornography Trafficking (18 U.S.C. § 2252A):** prohibits a person from knowingly mailing, transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.  It is also a crime to attempt to commit this offense.

d.   **Enticement of a Minor (18 U.S.C. § 2422(b)):** prohibits a person from using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

## Investigation

5.   On Thursday, October 10, 2019, at approximately 2:51 pm, Officer Antwan Funches took a report of a sexual assault from an adult female, R.B.[1], who advised her fourteen-year-old child, Minor Victim 1, had engaged in sexual relations with a male she believed to be nineteen years of age.

6.   According to the report, Minor Victim 1, used a dating application, "Spotafriend," to meet a male known as "Daniel." Daniel initially portrayed himself as a seventeen year-old male on the application.

### Child Forensic Interview with Minor Victim 1

7.   On Tuesday, October 29, 2019, at 10:00 am, Minor Victim 1 was interviewed at the Champaign Child Advocacy Center. During the interview, Minor Victim 1 disclosed she was grounded from her phone because her mother found out that she "hooked up" with a guy. Minor Victim 1 disclosed that she met the male, who identified himself as "Daniel" through "Spotafriend," which she described as a

---

[1] The identity of this adult female is known to law enforcement, but is being withheld from this document to protect the privacy of the minor victim.  18 U.S.C. §3509(d).

4

phone application designed to help teenagers meet other teenagers for the purpose of having sex. Minor Victim 1 advised Spotafriend is designed for thirteen-year-old teenagers to nineteen-year-old teenagers. Minor Victim 1 advised Daniel's username was "drake" with numbers after the name, but could not remember the numbers for the username.

8.   She said Daniel's profile portrayed him to be a seventeen-year-old male from Decatur, IL. She described him as approximately six feet tall with brown curly hair but stated he recently cut his hair shorter. Minor Victim 1 said that Daniel sometimes wears eye glasses.

9.   Minor Victim 1 said she chose to talk to Daniel because Daniel lived closer than any other males. She advised she and Daniel spoke for a couple of weeks prior to meeting. Minor Victim 1 learned that Daniel works full time at a factory. Daniel told her where he worked but it was an abbreviation with letters, but she could not remember the abbreviation. Eventually the two agreed to meet and engage in sexual intercourse.

10. Minor Victim 1 said Daniel drove a red Camaro and picked her up from West Side Park on October 6, 2019. Minor Victim 1 advised when Daniel was on his way to Champaign, he admitted that he was not seventeen but stated he was nineteen. Minor Victim 1 advised she still agreed to meet with Daniel to have sex. Minor Victim 1 said she and Daniel engaged in vaginal sexual intercourse in the backseat of Daniel's car. She advised Daniel's penis went inside her vagina.

11. Minor Victim 1 also stated she sent nude photographs of herself to Daniel and Daniel also sent photographs of his penis to Minor Victim 1.

### Identification of Daniel Aaron Betty

12. After the CAC interview concluded, R.B. signed a consent to search form for Minor Victim 1's cellular phone. R.B. also provided Minor Victim 1's Spotafriend account user name and password for the account, and consented to law enforcement's search of this account. Detective Fisher could not access Minor Victim 1's account through the Spotafriend application because the account was no longer valid.

13. Champaign Police Department's High Tech Crimes Unit forensic examiner, Detective David Monahan forensically examined the cellular phone. Detective Monahan recovered a photograph from Minor Victim 1's phone that was sent from Minor Victim 1 to R.B. The photograph was of a white male with longer, curly brown hair, and short facial hair. R.B. advised this was a picture of Daniel.

14. Detective Fisher conducted an open search on "Spotafriend" and located a photograph matching the photograph identified as Daniel. She observed the photograph was linked to a user profile with the username "drako9288." This profile portrayed the user as a seventeen year old from Decatur, IL.

6

15. On November 5, 2019, the Champaign County State's Attorney issued two *subpoena duces tecum* to the company that manages the Spotafriend[2] application, MyLOL.net, in Ville de Quebec, QC, Canada. The subpoenas requested basic subscriber information including the users' phone number, email address, connection IP login history, and conversation history for each of the accounts.

16. On November 7, 2019, Detective Fisher received a response from MyLOL.net for each of the accounts that included two spreadsheets, one labeled "IP_history_[target account name]" and the other called "Conversation_[target account name]. Detective Fisher reviewed the information provided for the user profile drako9288 and observed the user profile was created list a date of birth in March of 2002 and an associated email address of dabetty92@icloud.com. Detective Fisher searched public records for Daniel Betty, born in 1992, living in Illinois and learned that there was a Daniel Aaron Betty, born in March of 1992, living in Decatur, Illinois.

17. On Friday, November 8, 2019, Detectives Fisher and Jody Cherry traveled to Minor Victim 1's residence and administered a photo line-up with Minor Victim 1. The

---

[2] Spotafriend advertises that it is a "swiping app for teens ages 13-19." The application uses the internet and cellular data to connect individuals using the application. According the application description, an individual using the application can "[s]wipe pictures of other teenagers … and swipe right to become friends. If [they] both accept, [they] get a match and can start chatting privately." While the application encourages individuals to "meet in the real world and hookup to live the best life experiences!" The application claims that it "this app is not a teen dating app." https://apps.apple.com/us/app/Spotafriend-meet-teens-app/id962892510 (last visited December 6, 2019).

photo lineup was compiled of six male subjects, all white with similar features, using photographs from the Florida Department of Corrections website. Minor Victim 1 identified photograph #3 as the individual she met on October 6, 2019. Photograph #3 was Daniel Aaron Betty.

18. Detective Fisher reviewed the subpoena response for user profile drako9288 and saw an IP address of 162.237.218.142, which she learned, using publically available databases, geolocated to Decatur, IL and was registered to AT&T U-verse.

19. On November 13, 2019, the Champaign County State's Attorney issued a *subpoena duces tecum* to AT&T to determine the subscriber for the IP address 162.237.218.142 and another to AT&T for any accounts associated with Daniel A. Betty and/or his residence located at the 100 block of South 29th Street in Decatur, IL.

20. On Monday, November 18, 2019, Detective Fisher received a response from AT&T and learned that Daniel Betty residing at the 100 block of South 29th Street in Decatur, IL was the listed subscriber for IP address 162.237.218.142, and the account was still active.

21. Detective Fisher also received a response from AT&T that Daniel Betty had an active wireless account for the cellular telephone assigned call number **(224) 241-9816**, the SUBJECT PHONE.

8

### Conversation History Between drako9288 and Minor Victim 1

22. On December 12, 2019, United States Magistrate Judge authorized the search and seizure of the Spotafriend conversation history provided by MyLOL.net to law enforcement.

23. Detective Fisher reviewed conversation history between Minor Victim 1 and drako9288 provided by the Canadian Company that administers the application Spotafriend.  Minor Victim 1's profile indicates that she is 14 years old.

24. The communication between Minor Victim 1 and drako9288 appears to have started on 9/23/2019 with drako9288 sending messages to Minor Victim 1 seeking sexual activity as follows:

| drako9288 | 9/23/2019 13:45[3] | Hey cutie how're you today |
|-----------|---------------------|----------------------------|
| Minor Victim 1 | 9/23/2019 13:49 | Good |
| Minor Victim 1 | 9/23/2019 13:49 | You? |
| drako9288 | 9/23/2019 13:50 | I'm good laying down a bit in the mood tbh |
| Minor Victim 1 | 9/23/2019 13:55 | Well I can\u2019t help you out until later if your \u201cin the mood\u201d cause I\u2019m at school |

---

[3] According to the email from MyLOL.net, included with the conversation history and IP data, all time stamps noted are in Eastern time.

| drako9288 | 9/23/2019 13:56 | Yeah I figured |
| drako9288 | 9/23/2019 13:57 | Would you want to meet up Friday or Saturday cutie? |
| Minor Victim 1 | 9/23/2019 13:59 | Yea:) |
| drako9288 | 9/23/2019 14:01 | Lol want me to show you my cock? |
| Minor Victim 1 | 9/23/2019 14:01 | Yes |
| drako9288 | 9/23/2019 14:02 | Photo attached |
| drako9288 | 9/23/2019 14:07 | Think you can take it all? |
| Minor Victim 1 | 9/23/2019 14:11 | Maybe |
| drako9288 | 9/23/2019 14:11 | We\u2019ll just have to wait and see I guess |
| drako9288 | 9/23/2019 14:12 | What's the most you've done |
| Minor Victim 1 | 9/23/2019 14:14 | I\u2019m sadly still a virgin |
| drako9288 | 9/23/2019 14:15 | That's fine ;) |
| drako9288 | 9/23/2019 14:16 | You ever have your pussy eaten |
| Minor Victim 1 | 9/23/2019 14:17 | No |
| drako9288 | 9/23/2019 14:18 | Well looks like we have a few things to do |

25. Later in the chat, drako9288 asks Minor Victim 1 if she has "any pics" and encourages Minor Victim to send him nude images. The conversation history indicates that Minor Victim 1 sent images to drako9288, several times on 9/23/2019 and in the days that followed, but does not reveal the content of the images.

26. The user, drako9288 specifically asks Minor Victim 1 to produce images for him that depict sexually explicit conduct and seeks original images that he directs Minor Victim 1 to create just for him. For example, this conversation occurs on September 24, 2019:

| drako9288 | 9/24/2019 8:36 | Why does it say reply on the bottom of the nude btw |
| --- | --- | --- |
| Minor Victim 1 | 9/24/2019 8:38 | Oops lol it\u2019s because I took that one and sent it to myself about a week ago I can send you a new one if you\u2019d like I was just busy and I didn\u2019t want to keep you waiting |
| drako9288 | 9/24/2019 8:41 | Yes please |
| Minor Victim 1 | 9/24/2019 8:45 | Photo attached |
| Minor Victim 1 | 9/24/2019 8:45 | Photo attached |
| drako9288 | 9/24/2019 8:45 | Yummy |
| drako9288 | 9/24/2019 8:46 | You want me to fill you full of cum? |

| Minor Victim 1 | 9/24/2019 8:47 | Yes |
| drako9288 | 9/24/2019 8:47 | Can I see you put two fingers in that little pussy |
| Minor Victim 1 | 9/24/2019 8:51 | I can\u2019t rn I just left for school |
| Minor Victim 1 | 9/24/2019 8:51 | I will later though |

27. Using this Spotafriend conversation history, Detective Monahan was able to compare times and dates of several conversations between suspect and victim to data extracted from the victim's device. On September 26, 2019, user drako9288 has a conversation with Minor Victim 1 on the Spotafriend application about Minor Victim 1 shaving her pubic hair. The user, drako9288 asks her to shave her pubic hair and she initially says she will not. Later in the conversation, Minor Victim 1 says she will shave her pubic hair, and then appears to send a picture to drako9288, although no picture is visible in the data received from the company that administers the application. Drako9288 acknowledges receipt of the image on September 29, 2019.

| drako9288 | 9/26/2019 8:50 | You going to shave it for me? |
| Minor Victim 1 | 9/26/2019 9:01 | Probably not I\u2019ve never shaved down there before |
| Minor Victim 1 | 9/26/2019 9:01 | I\u2019ll shave my legs if you\u2019d like lol |
| drako9288 | 9/26/2019 14:51 | Yes lol |

| | | |
|---|---|---|
| Minor Victim 1 | 9/26/2019 16:48 | I\u2019m gonna try to shave my pussy but just know if it goes bad and it\u2019s uneven or I cut myself or something I\u2019m blaming you doofus |
| Minor Victim 1 | 9/26/2019 21:19 | Photo attached |
| Minor Victim 1 | 9/26/2019 21:20 | I did it and I probably could\u2019ve taken better pictures but what do you think? |
| Minor Victim 1 | 9/27/2019 8:15 | Hey |
| Minor Victim 1 | 9/27/2019 8:38 | You there? |
| Minor Victim 1 | 9/28/2019 10:00 | Hey |
| drako9288 | 9/29/2019 1:59 | Hey sorry I had to go to a wedding this weekend very little reception in the woods where it was |
| drako9288 | 9/29/2019 2:00 | Yummy shaved pictured |

28. Additionally, Detective Monahan located a thumbnail image file, "5005.JPG" (located at /var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/101APPLE/ IMG_I404.JPG/5005. JPG) on the device with a created timestamp of 09/26/2019 8:05:03 PM (UTC -5) which appeared to be of a vagina with no pubic hair. The time stamp of this image is consistent with the timeline of the chats and appears to have been taken for and at the direction of the user drako9288.

13

29. Detective Monahan also located another thumbnail image in Minor Victim 1's cell phone extraction with the file name, "5005.jpg" (located at /var/mobile/ Media/PhotoData/Thumbnails/V2/DCIM/101APPLE/IMG_1401.JPG/5005.JPG) on the device with a created timestamp of 9/26/2019 7:41:40 AM(UTC-5). This image depicts a vagina with two fingers inserted in it, consistent with drako9288's request on September 24, 2019, "Can I see you put two fingers in that little pussy."

30. The Spotafriend conversation history appears to corroborate Minor Victim 1's statement that she and Betty met on October 6, 2019 and engaged in sexual intercourse. The following are excerpts from the conversation on October 6, 2019:

| drako9288 | 10/6/2019 11:56 | So are you wanting to meet a different time? |
| Minor Victim 1 | 10/6/2019 11:58 | Yes |

...

| drako9288 | 10/6/2019 12:08 | Okay |
| Minor Victim 1 | 10/6/2019 13:27 | Just let me know when you\u2019re leaving and when your about fifteen minutes away so I have enough time to walk to the park |
| drako9288 | 10/6/2019 14:39 | Let me know when I should leave |
| drako9288 | 10/6/2019 14:41 | Hey I gotta be honest with you I'm really 19 |
| Minor Victim 1 | 10/6/2019 14:48 | Yea I kinda figured |

14

| Minor Victim 1 | 10/6/2019 14:48 | I don\u2019t mind though |
|---|---|---|
| drako9288 | 10/6/2019 14:54 | Lol I'm trying to thing how were going to do this I drive a sports car |
| drako9288 | 10/6/2019 14:58 | Your friend is messaging me |
| Minor Victim 1 | 10/6/2019 15:00 | Yea sorry I should\u2019ve warned you |
| drako9288 | 10/6/2019 15:01 | Telling me I'm going to go to jail |
| Minor Victim 1 | 10/6/2019 15:03 | I\u2019m really sorry I shouldn\u2019t have said anything to her I didn\u2019t know she was gonna start going off on you |
| drako9288 | 10/6/2019 15:05 | Is she going to report me to the cops |
| Minor Victim 1 | 10/6/2019 15:07 | No |
| drako9288 | 10/6/2019 15:08 | Are there any places to park in that box the app has |
| Minor Victim 1 | 10/6/2019 15:09 | We have all of downtown Champaign that we can park in I\u2019m sure we can probably find a spot |

...

| drako9288 | 10/6/2019 15:28 | I live in Decatur |
|---|---|---|

...

| drako9288 | 10/6/2019 16:00 | What time are you thinking now |
|---|---|---|

15

| Minor Victim 1 | 10/6/2019 16:01 | I\u2019m just about to leave so probably about 4:30-5 |
| Minor Victim 1 | 10/6/2019 16:13 | 4:45 |
| drako9288 | 10/6/2019 16:14 | Okay |
| drako9288 | 10/6/2019 16:15 | Are you getting wet thinking about it? |
| Minor Victim 1 | 10/6/2019 16:15 | Really wet |
| drako9288 | 10/6/2019 16:16 | I like the idea of you taking your clothes off some when you get into the car |
| Minor Victim 1 | 10/6/2019 17:29 | Let me know when you get here |
| drako9288 | 10/6/2019 17:35 | I'm in Champaign |
| Minor Victim 1 | 10/6/2019 17:36 | You remember which park you\u2019re going to right? |
| drako9288 | 10/6/2019 17:37 | Yes |
| drako9288 | 10/6/2019 17:45 | Where to park |
| drako9288 | 10/6/2019 17:48 | I'm parked on the north side of the park |
| Minor Victim 1 | 10/6/2019 17:49 | I don\u2019t know directions lol I\u2019m kinda stupid |
| drako9288 | 10/6/2019 17:49 | Are you wearing green? |

16

| Minor Victim 1 | 10/6/2019 17:49 | Yes |
|---|---|---|
| drako9288 | 10/6/2019 17:49 | Look straight forward |
| Minor Victim 1 | 10/6/2019 17:50 | K |
| drako9288 | 10/6/2019 17:50 | Two door car |
| drako9288 | 10/6/2019 18:54 | Did you enjoy it? |
| Minor Victim 1 | 10/6/2019 18:55 | Yes |
| drako9288 | 10/6/2019 18:58 | Told you my car isnt big lol |
| Minor Victim 1 | 10/6/2019 18:59 | It was me sized if you were the same size as me it would have been the perfect size |
| drako9288 | 10/6/2019 18:59 | It's meant for drag racing lol |
| drako9288 | 10/6/2019 19:01 | In town it's too powerful |
| Minor Victim 1 | 10/6/2019 19:02 | If my mom didn\u2019t have that stupid app on my phone we could\u2019ve gone out of town a little bit |
| drako9288 | 10/6/2019 19:03 | What'd she say when you got home |
| Minor Victim 1 | 10/6/2019 19:06 | I haven\u2019t gotten there yet |
| drako9288 | 10/6/2019 19:07 | I gotta check on my sister when I get in town |

17

| Minor Victim 1 | 10/6/2019 19:37 | That was a lot more fun than I thought it would be even though I was shaking the entire time |
|---|---|---|
| Minor Victim 1 | 10/6/2019 19:42 | My mom didn\u2019t suspect anything btw |
| drako9288 | 10/6/2019 19:52 | Good I'm glad you enjoyed it |
| Minor Victim 1 | 10/6/2019 20:20 | Did you enjoy it though? Because I don\u2019t want to keep doing this if I\u2019m bad at it and you didn\u2019t like it |
| Minor Victim 1 | 10/6/2019 21:48 | Can you check and see if I left my bracelet in your car? |
| drako9288 | 10/7/2019 14:16 | Yeah what does it look like. And I def enjoyed it |
| Minor Victim 1 | 10/7/2019 14:34 | It\u2019s got rainbow beads and black beads |
| Minor Victim 1 | 10/7/2019 19:18 | Hey |
| Minor Victim 1 | 10/8/2019 7:51 | Did you look for my bracelet yet? |
| drako9288 | 10/8/2019 9:00 | Yeah it's in my glove box |
| Minor Victim 1 | 10/8/2019 9:02 | Ok |

31. On November 22, 2019, Sixth Judicial Circuit Judge Roger Webber authorized the search of Daniel Betty's residence on 100 block of South 29th Street in Decatur, Illinois.

Betty was present and agreed to speak to Detective Fisher after being advised of his *Miranda* rights.

32. Betty acknowledged familiarity with the dating application Spotafriend, but claimed that he had not used it since he was 19 years old and specifically denied using it in October 2019. Betty stated that he met and engaged in sexual relations with people he met through various dating applications, including Spotafriend, in the past, but denied doing so in October 2019. Betty claimed the last time he met anyone was when he was 19. As Detective Fisher confronted Betty with additional evidence, he became more somber and quiet in his responses, at times shaking, and finally said that he was fairly certain his life was ruined.

33. Law enforcement seized a Black Samsung S10+ mobile phone from Betty's residence. Sergeant Patrick Simons examined this phone and determined that the phone number assigned to this device is **(224) 241-9816,** and the International Mobile Equipment Identity or IMEI number**: 352687101117008,** the SUBJECT PHONE.

34. I know, based on my training and experience that the information to be disclosed by AT&T, particularly cell-site location information for the time period between September 23, 2019 through October 23, 2019, is likely to constitute evidence of the crimes under investigation, specifically Betty's travel from Decatur, IL to Champaign, IL to engage in criminal sexual activity with Minor Victim 1.

35. In my training and experience, I have learned that AT&T is a company that provides cellular telephone access to the general public. I also know that providers of

cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

36. Based on my training and experience, I know that AT&T can collect cell-site data about the SUBJECT PHONE. I also know that wireless providers such as AT&T typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

37. Based on my training and experience, I know that wireless providers such as AT&T typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card

account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as AT&T typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the SUBJECT PHONE's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

38. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

39. I further request that the Court direct AT&T to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on AT&T, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

40. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that

investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

FURTHER AFFIANT SAYETH NAUGHT.

s/Kaitlin Fisher

Kaitlin Fisher
Detective, Champaign Police Department

Sworn and subscribed to before me this 16th day of December, 2019.

s/Eric Long

ERIC I. LONG, Magistrate Judge
United States District Court

22

## ATTACHMENT A
### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number **(224) 241-9816** with International Mobile Equipment Identity (IMEI) Number: **352687101117008** ("the SUBJECT PHONE"), that is stored at premises controlled by **AT&T WIRELESS**, a wireless telephone service provider headquartered at National Compliance Center, AT&T Corporation, 11760 U.S. Highway 1, North Palm Beach, FL 33408.

**ATTACHMENT B**
**Particular Things to be Seized**

I.     **Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period **September 23, 2019 through October 23, 2019:**

    a.  The following information about the customers or subscribers of the Account:

        i.  Names (including subscriber names, user names, and screen names);

        ii.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii.  Local and long distance telephone connection records;

        iv.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        v.  Length of service (including start date) and types of service utilized;

        vi.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

2

vii.   Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

viii.   Means and source of payment for such service (including any credit card or bank account number) and billing records.

b.   All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

i.   the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

ii.   information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received.

## II.   Information to be Seized by the Government

All information described above in Section I that constitutes evidence, fruits, contraband, and instrumentalities of violations of the following federal statutes: Title 18 United States Code, Sections 2251(a) and (e) (Sexual Exploitation of a Minor), Title 18 United States Code, Section 2252 (Trafficking Child Pornography), Title 18 United States Code, Section 2252A (Trafficking Child Pornography), and Title 18 United States Code, Section 2422(b) (Enticement of a Minor), involving **Daniel A. Betty** during the period **September 23, 2019 through October 23, 2019.**

3

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC
### RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE
### 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT &T Wireless**, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT &T Wireless**. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT &T Wireless** and they were made by **AT &T Wireless** as a regular practice; and

b. such records were generated by **AT &T Wireless** electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT &T Wireless** in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by **AT &T Wireless,** and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____          _____
Date                                     Signature